UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| LARRY GOLDSTEIN and JANET K. GOLDSTEIN, <br><br> Plaintiffs, <br><br> vs. <br><br> TURNBERRY PAVILION PARTNERS LIMITED PARTNERSHIP, a Delaware Limited Partnership, <br><br> Defendant. | 2:07-cv-00387-LRH-PAL <br><br> <u>ORDER</u> |

Before the court is Defendant's Request for Review of Magistrate's Order Compelling Discovery (#65[1]), which the court will treat as a motion to reconsider Magistrate's Order #64.

The Court has conducted its review in this case, has fully considered the Defendant's motion (#65), Plaintiff's opposition (#66), Defendant's reply (#69) and other relevant matters of record pursuant to 28 U.S.C. § 636 (b)(1)(A) and Local Rule IB 3-1 of the Local Rules of the United States District Court, District of Nevada, and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

///
///
///
///
///

---

[1] Refers to this court's docket number.

1       The Magistrate Judge's Order (#64) will, therefore, be sustained and Defendant's motion
2 (#65) is denied. Defendant shall produce the documents requested no later than September 30,
3 2008.
4       IT IS SO ORDERED.
5       DATED this 28th day of August, 2008.

                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE