# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LARRY GOLDSTEIN and JANET K. GOLDSTEIN,

    Plaintiffs,

v.

TURNBERRY PAVILION PARTNERS LIMITED PARTNERSHIP, a Delaware Limited Partnership; and DOES 1 through 5,

    Defendant.

Case No.: 2:07-cv-00387

**STIPULATION REGARDING CAUSES OF ACTION ASSERTED BY PLAINTIFFS ; ORDER**

The parties, by and through their counsel, hereby stipulate as follows:

Whereas the plaintiffs' First Amend Complaint contains causes of action for specific performance, intentional misrepresentation, negligent misrepresention, and rescission; and

Whereas the Court has previously dismissed the above causes of action by Order;

Wherefore, to avoid any confusion, the parties stipulate as follows:

Plaintiffs are not asserting claims for specific performance, intentional misrepresentation, negligent misrepresentation, and rescission in this action or at

trial. Those causes of action are withdrawn, except as to any applicable rights to appeal the Orders dismissing said causes of action.

SO STIPULATED.

DATED: August 11, 2008         MCCULLOUGH, PEREZ & ASSOCIATES, LTD

By: /s/ Christopher R. McCullough
CHRISTOPHER R. McCULLOUGH
Nevada Bar # 1138
MCCULLOUGH, PEREZ & ASSOCIATES, LTD
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
Attorneys for Plaintiffs

DATED: August 13, 2008         WOOD, SMITH, HENNING & BERMAN LLP

By: /s/ Joel D. Odou
JOEL D. ODOU
Nevada Bar No. 7468
TOD R. DUBOW
Nevada Bar No. 7323
WOOD, SMITH, HENNING & BERMAN LLP
7670 West Lake Mead Boulevard, Suite 250
Las Vegas, Nevada 89128-6652
Attorneys for Defendant TURNBERRY PAVILION PARTNERS LIMITED PARTNERSHIP

IT IS SO ORDERED this 17th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE